UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

LESLIE K. MCRAE, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION No. CV-96-S-2777-NE
)
MAJOR GENERAL JAMES M. LINK, )
and STAFF JUDGE ADVOCATE, )
UNITED STATES ARMY MISSILE )
COMMAND, )
)
Defendants. )



ENTERED
APR 3 1997

## MEMORANDUM OPINION

This action is before the court on defendants' motion for summary judgment. Plaintiff did not respond to that motion. Upon consideration of the motion, pleadings, brief, and evidentiary submissions, this court concludes that defendants' motion is due to be granted.

## I. DISCUSSION

This court construes the *pro se* plaintiff's inartfully pled complaint as alleging the following claims: (1) discrimination on the basis of religion in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §§ 2000e *et seq.*; (2) discrimination on the basis of age in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 633a; (3) "harassment of a whistleblower" in violation of the Civil Service Reform Act of 1978, Pub.L.No. 95-454, 92 Stat. 1111 (1978); and (4) defamation of character. Defendants argue that summary judgment is due to be granted as to each of plaintiff's claims. Upon review of defendants' brief and the authorities cited therein,

this court concludes that defendants' arguments are correct and, therefore, adopts those arguments as its own.

## II. CONCLUSION

Accordingly, considering the evidence in a light most favorable to plaintiff, defendants' motion for summary judgment is due to be **GRANTED**. An order consistent with this memorandum opinion will issue contemporaneously herewith.

**DONE** this 3rd day of April, 1997.

_____
United States District Judge

2